Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>ADROIT HEALTH GROUP, LLC, et. al.<br><br>Defendant. | Case No.: 8:23-cv-00120-DOC-ADS<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>Judge: Hon. David O. Carter |

Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local Rule 40-2 that the parties have reached settlement in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within sixty (60) days from today.  The Parties respectfully request the Court cancel all currently scheduled dates including the Scheduling Conference currently set for Monday, May, 1, 2023 at 7:30am and hold the case open for sixty (60) days by the end of which time the Parties will file a request for dismissal with prejudice upon execution of a settlement.

DATED: April 27, 2023　　　　　　　　　　**PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Reichman_____
　　　　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　　　　Prato & Reichman APC
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　PAUL SAPAN

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

Jamey R. Campellone, Esq.
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

DATED: April 27, 2023                    **PRATO & REICHMAN, APC**

_/s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN