UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-00120-DOC-ADS | Date | April 27, 2023 |
|---|---|---|---|
| Title | Paul Sapan v. Adroit Health Group, LLC | | |

Present: The Honorable  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [17], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    Any pending Order to Show Cause is hereby discharged.

    .

|  | ____ - ____ : ____ - ____ |
|---|---|
| Initials of Deputy Clerk | kdu |