# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br>ADROIT HEALTH GROUP, LLC,<br><br>Defendant. | Case No.:  Case 8:23-cv-00120-DOC-ADS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

# ORDER

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

2. The claims of the putative class members in the above-captioned action are dismissed without prejudice;

3. Each party is to bear its own fees and costs; and

4. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: August 22, 2023

Honorable David O. Carter
United States District Judge